UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LA VELL HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 25-cv-07659-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: ECF No. 6 |

The Court has reviewed Magistrate Judge Robert M. Illman's report and recommendation to dismiss this case pursuant to the mandatory screening process under 28 U.S.C. § 1915(e)(2)(B). ECF No. 6. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, this case is hereby dismissed. For the reasons explained in the report, the Court finds that amendment would be futile, ECF No. 6 at 3, and dismissal is with prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 8, 2025

_____
JON S. TIGAR
United States District Judge